COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-11-00704-CV

Style:     B.H. v. Department of Family and Protective Services

Date motion filed*:     February 18, 2014

Type of motion:     Motion to report a previous filed "Adre's [sic] Response" and an extension to file the
appellant's brief

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated?     Yes

If motion to extend time:
    Original due date:
    Number of previous extensions granted:          Current Due date:
    Date Requested:

Ordered that motion is:

☐          Granted

            If document is to be filed, document due:

            ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒          Denied

☒          Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐          Other: _____

      **In her motion, appellant requests the Court "to strike any portion of the records which states BH have not
      filed an Andre's [sic] Response nor an extension request to file the Appellant's Brief."  Appellant's motion
      is denied.  To the extent appellant requests an extension to file the appellant's brief, the motion is
      dismissed as moot.  Appellant filed a motion for extension to file the appellant's brief on February 14,
      2014, which the Court has granted.  Appellant's brief is due March 17, 2014.**

Judge's signature:   /s/ Laura C. Higley
                     ☒ Acting individually      ☐ Acting for the Court

Panel consists of   _____

Date:  March 13, 2014

November 7, 2008 Revision